# EXHIBIT A

## KATE MITSON

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | We Didn't Start the Fire | Storm Front | 109-420 |
| Arista Records LLC | Ace of Base | All That She Wants | The Sign | 169-749 |
| BMG Music | Eve 6 | Here's To The Night | Horrorscope | 285-024 |
| Virgin Records America, Inc. | Smashing Pumpkins | Zero | Mellon Collie and the Infinite Sadness | 183-904 |
| Warner Bros. Records Inc. | Devo | Whip It | Freedom of Choice | 17-936 |