UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
PROVIDENCE DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, | CIVIL ACTION FILE |
| Plaintiffs, | CA 06 239T |
| v. | No. |
| KATE MITSON, | |
| Defendant. | |

**NOTICE OF RELATED ACTIONS OR PROCEEDINGS**

Pursuant to Local Rule 9.1, Plaintiffs identify below those cases pending before another tribunal in the District of Rhode Island, including the case name, tribunal before which it is pending, and the claim, occurrence, or event pending before that tribunal.

CA 04-149ML, CA 04-297ML, CA 04-366, CA 04-367T, CA 04-460ML, CA 04-489L, CA 04-490ML, CA 04-491ML, CA 04-533S, CA 05-030T, CA 05-096ML, CA 05-097L, CA 05-472ML, CA 05-473T, CA 05-474ML, CA 05-475S, CA 05-476ML, CA 05-477ML, CA 05-478ML, CA 06-119S, CA 06-120S, CA 06-121ML, CA 06-122ML, CA 06-123T, CA 06-124ML, CA 06-125L, CA 06-126S, CA 06-184S, CA 06-185ML, CA 06-186S, CA 06-187T, CA 06-188T, and CA 06-189T.

Respectfully submitted,

DATED: May 23, 2006

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.