UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general Partnership; ARISTA RECORDS LLC, a Delaware limited liability Company; BMG MUSIC, a New York general Partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware Corporation<br>Plaintiffs | : | |
| Vs. | : | C.A. No. 06-239T |
| KATE MITSON | : | |

ANSWER OF DEFENDANT, KATE MITSON,
TO PLAINTIFFS' COMPLAINT

Defendant, Kate Mitson, hereby answers Plaintiffs' Complaint as follows:

1. Admitted.

2. Admitted.

3. Admit as to this Court having personal jurisdiction over the Defendant and that this Court is the proper venue; Denied as to remaining allegations.

PARTIES

4. Defendant is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 4 of Plaintiffs' Complaint.

5. Defendant is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 5 of Plaintiffs' Complaint.

6. Defendant is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 6 of Plaintiffs' Complaint.

7. Defendant is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 7 of Plaintiffs' Complaint.

8. Defendant is without sufficient knowledge to either admit or deny the allegations contained in Paragraph 8 of Plaintiffs' Complaint.

9. Admitted.

COUNT I

INFRINGEMENT OF COPYRIGHTS

10. No responsive pleading required.

11. Defendant herein is without sufficient information to either admit or deny the allegations contained in Paragraph 11 of Plaintiffs' Complaint. Plaintiffs states that all of the sound recordings have been issued a "Certificate of Copyright Registration, however no registration is attached to plaintiffs' Complaint.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

WHEREFORE, the Defendant moves that the Plaintiff's Complaint be dismissed and that the Defendant be awarded costs incurred in the defense of this matter.

AFFIRMATIVE DEFENSES

1. The defendant asserts that the claims of the Plaintiffs' are barred by the Statute of Limitations set forth in section 507 of the Copyright Act.

2. The complaint fails to state a claim against this defendant upon which relief may be granted.

3. To the extent that any Copyrighted Recordings were downloaded, shared, copies or distributed, this defendant asserts that the alleged downloading, sharing and copying and distributed of any of the Copyrighted Recordings is innocent.

4. Plaintiffs' claims are barred by estoppel.

5. Plaintiffs' claims are barred by laches.

WHEREFORE, the Defendant moves that the Plaintiff's Complaint be dismissed and that the Defendant be awarded costs incurred in the defense of this matter.

Defendant,
KATE MITSON
By her Attorney,

_/s/ Robert A. Mitson__________________
Robert A. Mitson, Esq. #3300
Mitson Law Associates
603 Park Avenue
Woonsocket, RI 02895
(401) 762-5900

Defendant demands a trial by jury.

__/s/ Robert A. Mitson_______________

CERTIFICATION

I, the undersigned, hereby certify that I have forwarded a copy of the foregoing answer to James E. O'Neil, Esq., Meadows Office Park, 1130 Ten Rod Road, Suite A-103, North Kingstown, Rhode Island 02852 and Jeffrey C. Blair, Esq., Home, Roberts & Owen, LLP, 1700 Lincoln Street, Suite 4100, Denver, Colorado 802030-4541 on the _29th___ day of September, 2006.

__/s/ Ellen M. Brunelle__________________