UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general Partnership; ARISTA RECORDS LLC, a Delaware limited liability Company; BMG MUSIC, a New York general Partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware Corporation<br>Plaintiffs | : | |
| Vs. | : | C.A. No. 06-239T |
| KATE MITSON<br>Defendant | : | |

**INITIAL DISCLOSURE STATEMENT**

TO: James E. O'Neil, Esq.
Plaintiffs' Counsel
The Meadows Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852

Now comes the defendant in the above-entitled matter and hereby makes the following disclosures pursuant to Rule 26 (a)(1):

**A. Individuals Likely to Have Discoverable Information That The Defendant May Use to Support Her Defense:**

1. Kate L. Mitson, 575 Cooper Road, Chepachet, RI 02814, 401-949-7376.

**B. Documents and Things That Defendant May Use to Support Her Defense:**

1. None at this time. Defendant reserves the right to use information, documents and things subsequently obtained from the Plaintiff and/or third parties during the course of discovery.

**C. Computation of Damages:**

Defendant seeks the following damages:

1. Defendant's attorney's fees and costs.

**D. Insurance**

Not applicable.

Defendant makes these disclosures based upon information that is currently known and reserves the right to supplement these disclosures in response to further investigation obtained through investigation and/or discovery.

Respectfully Submitted,
Kate L. Mitson
By her Attorney,

/s/ Robert A. Mitson

Robert L. Mitson, Esq. (#3300)
Mitson Law Associates
603 Park Avenue
Woonsocket, RI 02895
(401) 762-5900
(401) 762-5907 Fax

## CERTIFICATION

I, the undersigned, hereby certifies that true copy of the within Initial Disclosure Statement was electronically served upon James E. O'Neil, Esq., The Meadows, Suite A103, 1130 Ten Rod Road, North Kingstown, Rhode Island 02852, on the 23rd day of January, 2007.

/s/ Ellen M. Brunelle