UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general Partnership; ARISTA RECORDS LLC, a Delaware limited liability Company; BMG MUSIC, a New York general Partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware Corporation<br>Plaintiffs | : | |
| Vs. | : | C.A. No. 06-239T |
| KATE MITSON<br>Defendant | : | |

**STIPULATION**

It is agreed by and between the parties that the Defendant, Kate Mitson, shall have to and including May 21, 2007, in which to file her responses to the Plaintiff's Requests for Admissions, Requests for Production of Documents and Interrogatories.

/s/James E. O'Neill
James E. O'Neill, Esq. (#2097)
Attorney for the Plaintiffs
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
(401) 667-7111
(401) 667-7112 Fax

/s/ Robert A. Mitson,
Robert A. Mitson, Esq. (#3300)
Attorney for the Defendant
Mitson Law Associates
603 Park Avenue
Woonsocket, RI 02895
(401) 762-5900
(401) 762-5907 Fax