UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, : a Delaware general Partnership; ARISTA : RECORDS LLC, a Delaware limited liability : Company; BMG MUSIC, a New York general : Partnership; VIRGIN RECORDS AMERICA, : INC., a California corporation; and WARNER : BROS. RECORDS INC., a Delaware : Corporation : | Civil No. C.A. No. 06-239T |
| Plaintiffs, | |
| v. | |
| KATE MITSON | |
| Defendant. | |

**MOTION FOR CONTINUANCE**

Now come the Plaintiffs' in the above-captioned case, by and through their attorney, the undersigned James E. O'Neil, Esq., and move this Honorable Court to continue the Settlement Conference currently scheduled for May 7, 2007 at 2:00pm to May 29, 2007 at 9:30am.

This Motion has been telephonically assented to by Robert Mitson, Esq., Attorney for the Defendant.

Respectfully submitted,

Dated: May 1, 2007

By: /s/James E. O'Neil, Esq.
James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for PLAINTIFFS



#1236041 v1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 1st day of May, 2007 a copy of the foregoing **Motion for Continuance** was served upon the Defendant via United States Mail as follows:

*Attorney for Defendant*

Robert A. Mitson, Esq. #3300
Mitson Law Associates
603 Park Avenue
Woonsocket, RI 02895
(401) 762-5900

/s/James E. O'Neil, Esq.