UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, | ) | CIVIL ACTION FILE |
| | ) | No. 1:06-cv-00239-T-LDA |
| Plaintiffs, | ) | |
| v. | ) | |
| KATE MITSON, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs SONY BMG MUSIC ENTERTAINMENT, *et al.*, and Defendant Kate Mitson, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice. Defendant reserves the right to seek attorneys fees and costs to the extent allowed by law, and recognizes that Plaintiffs would oppose vigorously such a motion.

/s/ James E. O'Neil, Esq.

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; BMG MUSIC; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.

**/s/** Robert A. Mitson, Esq.

Robert A. Mitson (RI Bar #3300)
Mitson Law Associates
603 Park Avenue
Woonsocket, RI 02895
Phone (401)762-5900
Fax (401)762-5907

Attorney for Defendant